BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOOR KARIM BUSTAMI, individually, | CASE NO. 2:22-CV-0983-JCM-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order for Dismissal with Prejudice** |
| KENT NEIL DAVIS; individually; WESTERN SPECIALIZED, INC., a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**; by and between Plaintiff NOOR KARIM BUSTAMI and Defendants WESTERN SPECIALIZED, INC and KENT NEIL DAVIS, by and through their respective undersigned counsel of record, the above-captioned and numbered matter may be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 10th day of March, 2023.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By: _____
Bruce Scott Dickinson, Esq.
Nevada Bar No. 002297

Attorneys for Defendants

DATED this 6th day of April, 2023.

DIMOPOULOS INJURY LAW

By: _____
Paul A. Shpirt, Esq.
Nevada Bar No. 10441

Attorney for Plaintiff

1

*Bustami v. Western Specialized, Inc./Davis*
Case No.: 2:22-CV-0983-JCM-DJA
*Stipulation and Order for Dismissal with Prejudice*

**ORDER**

**IT IS ORDERED**

DATED April 7, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:
**THORNDAL, ARMSTRONG, DELK,**
**BALKENBUSH & EISINGER**

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702)  366-0622
FAX: (702)  366-0327
*email:  bsd@thorndal.com*

Attorneys for Defendants

2